United States District Court
Southern District of Texas
FILED

APR 23 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal No. **M-19-692** |
| | § | |
| JESUS ORLANDO CASAL | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about March 8, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JESUS ORLANDO CASAL**

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, namely, in the 389th District Court of Hidalgo County in Edinburg, Texas, in cause number CR-2527-18-H, for Murder, did knowingly and unlawfully receive a firearm, namely, a Pioneer Arms Corporation, Model Sporter, 7.62x39mm caliber rifle which had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(n).

## NOTICE OF FORFEITURE
## 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**JESUS ORLANDO CASAL**

that upon conviction of a violation of Title 18, United States Code, Section 922(n), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Pioneer Arms Corporation, Model Sporter, 7.62x39mm caliber rifle S/N PAC1122992

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY