U.S. Department of Justice  
Washington, D.C.  
4/17/2019/lf

Criminal Docket

| | |
|---|---|
| __McALLEN__ Division | CR. No. **M-19-692** |
| **SEALED INDICTMENT** Filed: April 23, 2019 | Judge: **RICARDO H. HINOJOSA** |
| County: Hidalgo | |
| Lions #: **2019R13858** | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY |
| JESUS ORLANDO CASAL --WARRANT-- | Ct. 1 Nadia Medrano, AFPD (956)630-2995 |

Charge(s):   Ct. 1:   A person under indictment unlawfully receiving a firearm which had been shipped or transported in interstate or foreign commerce
Title 18, United States Code, Section 922(n)

Total Counts
**(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Alcohol, Tobacco, Firearms & explosives - Carlos Delgado - 782115-19-0025

Proceedings

Date